IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALONDRA L. ORONA MENDEZ
*on behalf of minor S.L.G.O.*,

     Plaintiff,

v.                    No. CV 21-915 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

     Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court upon Defendant Commissioner Kilolo Kijakazi's *Unopposed Motion for Extension of Time* (the "Motion"), (Doc. 30), filed June 30, 2022. In the Motion, the Commissioner asks for a 30-day extension of the deadline to file her Response in order to "confer with the agency's Appeals Council concerning the issues raised by Plaintiff." (Doc. 30 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Commissioner shall file her Response by **August 1, 2022**, and Ms. Mendez shall file her Reply by no later than **August 15, 2022**.

**IT IS SO ORDERED**.

                _____
                THE HONORABLE CARMEN E. GARZA
                CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.